655

Marie L. Williams, appellee, v. Aurora, Elgin & Fox River Electric Company, appellant.   Gen. No. 8,120.

Opinion filed April 5, 1930.
Alschuler, Putnam, Flannigen & Johnson, for appellant; J. E. Alschuler, of counsel.   John A. Russell, for appellee; A. B. Woodard and Charles G. Seidel, of counsel.

Mr. Presiding Justice Boggs delivered the opinion of the court.

Edith Smith et al., defendants in error, v. Edgar J. Smith et al., defendants.   Illinois Light & Power Company, plaintiff in error.   Gen. No. 7,937.

Opinion filed April 5, 1930.
E. A. Marcotte and John H. Beckers, for plaintiff in error.   Luther B. Bratton and Charles W. Kurtz, for defendants in error.

Mr. Justice Jett delivered the opinion of the court.

Paul Pintar, appellee, v. Joseph Malnar, appellant.   Gen. No. 8,121.

Opinion filed April 5, 1930.
Garnsey, Wood & Lennon, for appellant; Daniel Harrington and Edward C. Hall, of counsel.   Albert H. Krusemark, for appellee.

Mr. Justice Jett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. H. R. Winchester, plaintiff in error.   Gen. No. 8,166.

Opinion filed April 11, 1930.
Dixon, Devine, Bracken & Dixon, for plaintiff in error; Sherwood Dixon, of counsel.   Mark C. Keller, State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.